IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN F. SAUNDERS,<br>*Plaintiff* | § § § § § § § § § | |
| -vs- | | SA-23-CV-00156-XR |
| HOUSTON FOAM PLASTICS,<br>*Defendant* | | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff John F. Saunders shall take nothing by his claims against Defendant Houston Foam Plastics, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

SIGNED this 5th day of May, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE